476 A.2d 84

Commonwealth, Appellant, v. Baggett.

Petition for Allowance of Appeal
Denied Aug. 28, 1984.

 Argued January 10, 1984. Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellant; Doris A. Pechkurow, Assistant Public Defender, for appellee.

Before CAVANAUGH, McEWEN, and HOFFMAN, JJ.

The order of the court is reversed. The case is remanded for the filing of post-verdict motions and the imposition of sentence.

Jurisdiction is relinquished.